**Terence R. HANSFORD, Petitioner–Appellant,**

v.

**Ronald ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.**

No. 02–6696.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 30, 2002.

Decided: Oct. 8, 2002.

David Bernard Hargett, Hargett & Watson, P.L.C., Richmond, Virginia, for Appellant. Susan Mozley Harris, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Terence R. Hansford seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Hansford has not made a substantial showing of the denial of a constitutional right. *See Hansford v. Angelone,* No. CA–01–615–AM (E.D.Va. Mar. 12, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*